In the Matter of REBECKA PETERS, Individually and on Behalf of All Others Similarly Situated as Members of the Williamsburg Community Association, Appellant, against NEW YORK CITY HOUSING AUTHORITY, Respondent. JOSEPH SERATA et al., Individually and as Members of the INTERNATIONAL WORKERS ORDER, INC., and as Tenants of the NEW YORK HOUSING AUTHORITY, Inter-venors-Appellants.— Motion for a stay denied, without costs. This denial is without prejudice to any future application, in the Municipal Court of the City of New York, for the stay of any final order or warrant of dispossess which may be issued by that court; and without prejudice to any future application, in the appellate court, for such a stay upon any appeal which may be taken from such a final order. (See Civ. Prac. Act, §§ 1436-a, 1443, 1446.) Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.

◼

In the Matter of WINTHROP TAYLOR, Appellant-Respondent, against LOUIS V. VION, as Assessor of the Town of Smithtown, et al., Respondents-Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See ante, p. 1152.]

◼

ANTOINETTE TAGGART, Appellant, v. WILLIAM VOGEL, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. [See ante, p. 974.]

◼

ALFRED TORELLI et al., Respondents, v. CORINNE C. WATERMAN, Appellant.— Motions for reconsideration of motions for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ. [See ante, p. 1082.]

◼

TIMETEO BENJAMIN, Appellant, v. ROBERT H. CARDUNER, Respondent.— In an action to recover damages for personal injuries, incurred when appellant was struck by respondent's automobile, the appeal is from a judgment dismissing the complaint on the merits at the close of the appellant's case. Judgment unani-mously affirmed, with costs. No opinion. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.